**STATEMENT OF FACTS**

1.   As reported in Metropolitan Police Department ("MPD") Criminal Case Number ("CCN") 25-125-142, on August 17, 2025, at around 12:00 AM, MPD officers were conducting a patrol at 908 Florida Avenue NW, Washington, DC 20001, when they observed Tyzell Myrick ("MYRICK") emerge from a gas station. Your Affiant immediately observed a large rectangular bulge in MYRICK's front waistband that was inconsistent with human anatomy.

2.   As officers approached to investigate MYRICK for illegally carrying a firearm, MYRICK bladed his front waistband from the officers by turning around and walking away from the officers to the wall of the gas station. Your Affiant stopped MYRICK and proceeded to conduct a protective pat down for officer safety. Your Affiant immediately detected the presence of a handgun during the pat down of MYRICK's pants.



*Figure 1: Still shot from Officer Chase Williams's body worn camera (BWC) depecting the recovery of the firearm from MYRICK's pants.*

3. The recovered firearm was a Glock 22 .40 caliber pistol bearing serial number BDT705US, loaded with one round of .40 caliber ammunition in the chamber, and an additional 20 rounds in the 22 round capacity magazine.

4. Your Affiant is aware that, at the time of his arrest, MYRICK had previously been convicted of a crime punishable by more than one year in prison, specifically in 2018 in U.S. District Court for the District of Maryland Case Cumber 17-CR-00513 (PX), where MYRICK was convicted of (1) Interference with Interstate Commerce by Robbery and (2) Use, Carry and Brandish a Firearm During and In Relation to a Crime of Violence, and sentenced to 6 months and 84 months of incarceration on the two counts, respectively.

5. Accordingly, MYRICK would have been aware that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year at the time he was possessing the firearm and ammunition.

6. Your Affiant is aware there are no firearm, or ammunition manufacturers in the District of Columbia, and therefore, the firearm and ammunition would have necessarily traveled in interstate commerce.

7. As such, your Affiant respectfully submits that there is probable cause to find that, on August 17, 2025, in the District of Columbia, TYZELL MYRICK committed the offense of Unlawful Possession of a Firearms and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1).

_____
Officer Chase Williams
Metropolitan Police Department, Washington, D.C.

SWORN AND SUBSCRIBED TO ME ON AUGUST 18, 2025.

_____
MOXILA A. UPADHYAYA
United States Magistrate Judge